**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.  2:18-mn-2873-RMG |

## <u>SHORT FORM COMPLAINT AND JURY DEMAND</u>

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35.  This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court.   Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35.  Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M Company, f/k/a Minnesota Mining and Manufacturing Co. |
|---|---|
| Defendant 2 | AGC Chemicals Americas, Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Archroma US Inc. |
| Defendant 5 | Arkema, Inc. |
| Defendant 6 | Buckeye Fire Equipment Company |
| Defendant 7 | Carrier Global Corporation, individually and as successor in interest to Kidde-Fenwal, Inc. |
| Defendant 8 | Chemdesign Products, Inc. |
| Defendant 9 | Chemguard, Inc. |
| Defendant 10 | Chemicals, Inc. |
| Defendant 11 | Chemours Company, LLC |
| Defendant 12 | Clariant Corporation, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 13 | Corteva, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 14 | Deepwater Chemicals, Inc. |
| Defendant 15 | Dupont De Nemours, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | Dynax Corporation |
| Defendant 17 | E I Dupont De Nemours and Company, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | Nation Ford Chemical Company |
| Defendant 19 | The Chemours Company FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 20 | Tyco Fire Products, LP, individually and as successor in interest to The Ansul Company |

**Jurisdiction and Venue**

4.  Plaintiff alleges jurisdiction based on:

        ⊠     Diversity

        ⊠     Federal Question

        ⊠     The "Mass Action" provisions of the Class Action Fairness Act
("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

        ☐     Other:_____

5.  Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined
as the proper venues of origin where the claim(s) could have overwise been brought pursuant
to 28 U.S.C. § 1391.

**Plaintiff's Allegations of Exposure**

6.  Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7.  Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

      Kidney Cancer
      Testicular Cancer
      Thyroid Disease
      Ulcerative Colitis
      Liver Cancer
      Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## **Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I – Defective Design
> Count II – Failure to Warn
> Count III – Negligence
> Count IV – Negligence Per Se
> Count V – Trespass and Battery
> Count VI – Strict Product Liability
> Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII – Concealment, Misrepresentation, and Fraud
> Count IX – Conspiracy
> Count X – Wrongful Death
> Count XI – Loss of Consortium
>
> Other Causes of Action:
> Count XII – Punitive Damages_____
> Count XIII – _____
> Count XIV – _____
> Count XV – _____
> Count XVI – _____
> Count XVII – _____
> Count XVIII – _____
> Count XIX – _____
> Count XX – _____
> Others

_____
_____
_____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated:  09/03/2025                Respectfully Submitted,

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

*/s/ Douglass A. Kreis*
Douglass A. Kreis
Bryan F. Aylstock
Justin G. Witkin
dkreis@awkolaw.com
baylstock@awkolaw.com
jwitkin@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010

*Attorneys for Plaintiffs*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Adkins, Tracey Michelle | 1/12/1972 | ND | District of North Dakota | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2. | Alcorta, Juan | 6/12/1963 | TX | Western District of Texas | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3. | Anglin, Michael | 6/20/1966 | MS | Northern District of Mississippi | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4. | Anthony, Carolyn | 12/31/1958 | TX | Eastern District of Texas | | X | | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5. | Bailey, Margie | 7/15/1952 | OK | Western District of Oklahoma | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6. | Baker, Jackie | 7/13/1976 | MO | Western District of Missouri | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7. | Baldarramos, Alberto | 6/30/1981 | TX | Western District of Texas | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 8. | Ballard, James A. (D) | 6/12/1953 | MS | Southern District of Mississippi | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 9. | Ballard, Carolyn, ind., and o/b/o James A. Ballard (d) | | MS | Southern District of Mississippi | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 10. | Barnes, Rufus | 11/8/1987 | MS | Southern District of Mississippi | | X | | Testicular Cancer; Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11. | Baslock, William C. | 12/25/1968 | MI | Eastern District of Michigan | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12. | Bilbrey, Desiree | 2/8/1978 | KS | District of Kansas | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13. | Blade, Karen | 8/11/1964 | LA | Western District of Louisiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14. | Blanton, Shawn M. | 5/12/1984 | NE | District of Nebraska | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15. | Blizzard, Tracy | 1/4/1968 | MO | Western District of Missouri | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 16. | Borchers, Kathy (D) | 6/13/1962 | CA | Eastern District of California | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 17. | Borchers, Jessica, ind., and o/b/o Kathy Borchers (d) | | CA | Eastern District of California | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 18. | Bowman, Valarie | 3/30/1960 | PA | Western District of Pennsylvania | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19. | Brooks, Lester | 12/26/1951 | MS | Southern District of Mississippi | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20. | Brooks, Thomas | 12/11/1951 | OK | Western District of Oklahoma | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21. | Burks, Laconya (D) | 9/23/1979 | MS | Southern District of Mississippi | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 22. | Burks, Larry, ind., and o/b/o Laconya Burks (d) | | MS | Southern District of Mississippi | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 23. | Buss, Bonnie | 7/21/1962 | OK | Western District of Oklahoma | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 24. | Campbell, Teresa | 8/25/1968 | MO | Western District of Missouri | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25. | Carter, William Tarrell | 7/18/1976 | MS | Southern District of Mississippi | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26. | Clark, Marilyn | 12/20/1957 | MS | Northern District of Mississippi | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27. | Cody, Lisa | 2/20/1962 | TX | Eastern District of Texas | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28. | Colman, Kristin | 7/8/1973 | LA | Middle District of Louisiana | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29. | Connors, Michael Scott | 10/7/1977 | NC | Eastern District of North Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30. | Cossey, Carla | 7/24/1970 | MO | Western District of Missouri | | X | | Kidney Cancer; Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31. | Cromwell, Renea | 10/28/1965 | MO | Eastern District of Missouri | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32. | Cundiff, Kelsey | 1/19/1995 | NM | District of New Mexico | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 33. | Daigle, Shelly | 6/29/1966 | OK | Western District of Oklahoma | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 34. | Daws, Regan | 4/8/1980 | KS | District of Kansas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 35. | De Leon-Perales, Hope | 11/29/1981 | TX | Southern District of Texas | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36. | Dickey, Travis | 11/14/1947 | MS | Southern District of Mississippi | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37. | Dillard, Dominic | 9/12/1973 | TN | Western District of Tennessee | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38. | Doizanis, Dee | 12/6/1959 | TN | Western District of Tennessee | | X | | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39. | Edwards, Melissa | 8/8/1973 | MS | Northern District of Mississippi | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40. | Firth, Kenneth | 7/30/1955 | TX | Eastern District of Texas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41. | Fisher, Stacey | 3/28/1975 | PA | Middle District of Pennsylvania | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 42. | Fowler, Graydon | 3/16/1970 | MN | District of Minnesota | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43. | Gebauer, Johanna | 4/1/1982 | IL | Central District of Illinois | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 44. | Gerstner, Todd | 3/4/1965 | MO | Western District of Missouri | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45. | Griffin, Christopher | 10/10/1964 | MS | Northern District of Mississippi | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46. | Hall, Ella | 6/9/1950 | IL | Central District of Illinois | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47. | Hancock, William | 6/12/1992 | MS | Northern District of Mississippi | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48. | Helm, Dawn M. | 3/22/1977 | OK | Eastern District of Oklahoma | | X | | Thyroid Disease; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49. | Hess, Craig S. | 10/14/1956 | PA | Middle District of Pennsylvania | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50. | Hewitt, Lisa | 6/29/1966 | LA | Western District of Louisiana | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 51. | Hilton, John | 7/13/1956 | TN | Eastern District of Tennessee | | X | | Testicular Cancer; Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52. | Hilton, Steven | 11/16/1959 | MI | Eastern District of Michigan | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53. | Hodge, Richard S. | 1/4/1958 | TN | Western District of Tennessee | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54. | Hodges, Pansy | 8/29/1964 | MS | Northern District of Mississippi | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55. | Hughes, Naomi (D) | 6/4/1929 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 56. | Reid, Joni, ind., and o/b/o Naomi Hughes (d) | | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 57. | Hughes, Janice | 4/13/1952 | MS | Northern District of Mississippi | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 58. | Ingram, William | 4/19/1956 | MS | Southern District of Mississippi | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 59. | Izaguirre, Tracie | 2/3/1970 | MI | Eastern District of Michigan | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60. | Jones, Sharon | 11/23/1972 | TN | Western District of Tennessee | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61. | Karle, Judith | 11/28/1950 | SC | District of South Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62. | Kelly, Sherry Lee | 7/23/1969 | PA | Western District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63. | Kenny, Nancy M. | 8/5/1956 | MT | District of Montana | | X | | Kidney Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64. | Kindrick, Lorie | 8/21/1966 | NM | District of New Mexico | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65. | Lachney, Barbara | 3/26/1955 | LA | Western District of Louisiana | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66. | Lam, Nanette Kay | 5/8/1972 | VA | Western District of Virginia | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67. | Lawhead, Benjamin David | 11/28/1982 | MI | Western District of Michigan | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 68. | Leake, Joan | 9/8/1959 | TN | Western District of Tennessee | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69. | Lincicome, Stephanie L. | 8/3/1971 | OH | Southern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70. | Lorbiecke, John | 6/21/1973 | TX | Western District of Texas | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71. | Loyd, Misty | 4/16/1977 | MO | Western District of Missouri | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72. | Macias, Omar | 10/21/1985 | IL | Central District of Illinois | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73. | Madrigal, Jose | 6/5/1984 | WA | Western District of Washington | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74. | Magee, Gary (D) | 6/21/1954 | MS | Southern District of Mississippi | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 75. | Magee, Nancy, ind., and o/b/o Gary Magee (d) | | MS | Southern District of Mississippi | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 76. | Martinez, Dennis (D) | 2/17/1944 | MO | Western District of Missouri | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 77. | Martinez, Ricky, ind., and o/b/o Dennis Martinez (d) | | MO | Western District of Missouri | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 78. | Matthews, Ernitta | 3/5/1960 | MO | Eastern District of Missouri | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79. | Mayhan, Gina | 1/7/1959 | WY | District of Wyoming | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80. | McBride, Debbie | 12/15/1967 | WA | Western District of Washington | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81. | McCullough, Veronica | 4/4/1982 | MS | Southern District of Mississippi | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82. | McGee, Virginia | 4/9/1959 | VA | Eastern District of Virginia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83. | McGriff, Theresa | 8/11/1966 | GA | Southern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 84. | McMillan, Darla | 11/8/1963 | KS | District of Kansas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85. | Merida, Fredrick | 10/19/1969 | TX | Western District of Texas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 86. | Mitchell, Pamela | 12/1/1979 | MS | Southern District of Mississippi | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87. | Mohr, Loren | 3/27/1965 | SD | District of South Dakota | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88. | Moisa, Albert (D) | 9/16/1964 | NM | District of New Mexico | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 89. | Moisa, Terry, ind., and o/b/o Albert Moisa (d) | | NM | District of New Mexico | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 90. | Morse, Jeremy | 10/15/1981 | LA | Western District of Louisiana | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91. | Moss, Curtis | 12/15/1983 | GA | Middle District of Georgia | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 92. | Mueller, Nikki | 2/7/1980 | MO | Western District of Missouri | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 93. | Mulligan, Melvin | 2/25/1972 | HI | District of Hawaii | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94. | Musick, Melinda | 12/23/1983 | VA | Western District of Virginia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95. | Neff, Robin | 2/24/1967 | WY | District of Wyoming | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96. | Olson, Steven | 1/17/1957 | TX | Southern District of Texas | | X | | Testicular Cancer; Ulcerative Coitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97. | Overstreet, Christopher | 11/20/1969 | OH | Southern District of Ohio | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 98. | Pahut, Betsy | 6/12/1956 | MT | District of Montana | | X | | Ulcerative Colitis; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99. | Parker, Alicia | 8/26/1971 | MI | Eastern District of Michigan | | X | | Kidney Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100. | Parker, Mary | 8/26/1959 | MS | Southern District of Mississippi | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 101. | Pedro, Bernadtte | 11/17/1948 | VA | Eastern District of Virginia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102. | Perry, Rebecca | 4/27/1982 | VA | Eastern District of Virginia | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103. | Peterson, Joshua | 6/7/1983 | MS | Southern District of Mississippi | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104. | Pfister, Gary A. | 9/22/1973 | MO | Western District of Missouri | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105. | Poss, Derrick | 2/18/1980 | MS | Northern District of Mississippi | | X | | Thyroid Disease; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106. | Presley Boone, Martha | 8/10/1961 | MS | Northern District of Mississippi | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107. | Randall, Constance | 5/19/1958 | OK | Western District of Oklahoma | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108. | Ray, Walter (D) | 8/30/1959 | MS | Southern District of Mississippi | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 109. | Ray, Laurie, ind., and o/b/o Walter Ray (d) | | MS | Southern District of Mississippi | | X | | Liver Cancer | I, II, III, IV, V, VI, |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | VII, VIII, IX, X, XI, XII |
| 110. | Rhyne, Shandel Reene | 8/3/1974 | TN | Western District of Tennessee | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 111. | Ricker, Donna | 4/27/1949 | ND | District of North Dakota | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112. | Robinson, Ariel | 8/11/1991 | MS | Southern District of Mississippi | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113. | Rogers, Jason Lee | 6/30/1976 | NC | Western District of North Carolina | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 114. | Roland, Jamesette | 8/9/1971 | TN | Western District of Tennessee | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115. | Rosseau, Brenda | 6/27/1952 | VA | Eastern District of Virginia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 116. | Russell, David | 4/5/1966 | MS | Northern District of Mississippi | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117. | Salinas, Silbia | 7/5/1957 | OR | District of Oregon | | X | | Liver Cancer; Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 118. | Sanchez, Martha A. (D) | 11/11/1954 | CA | Western District of California | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 119. | Sanchez, Monica, ind., and o/b/o Martha A. Sanchez (d) | | CA | Western District of California | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 120. | Self, Brittany | 2/20/1991 | TN | Eastern District of Tennessee | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121. | Serrata, Matias | 9/6/1971 | TX | Western District of Texas | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 122. | Sheputis, Patricia | 12/28/1953 | MO | Eastern District of Missouri | | X | | Kidney Cancer; Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 123. | Shields, Taurietta | 10/8/1977 | MS | Northern District of Mississippi | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124. | Shreve, Richard | 6/15/1983 | VA | Western District of Virginia | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 125. | Sides, Tammy | 5/26/1960 | NE | District of Nebraska | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 126. | Slayback, Cheryl | 9/4/1968 | IL | Central District of Illinois | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 127. | Southwood, Estella Anne | 2/7/1961 | PA | Western District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128. | Souza, Shawna | 8/22/1981 | HI | District of Hawaii | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 129. | Spencer, Autumn | 9/16/1986 | TN | Eastern District of Tennessee | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 130. | States, Richard | 10/5/1970 | OH | Northern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 131. | Stogsdill, Kelsey | 11/7/1984 | MO | Western District of Missouri | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132. | Stover, Kristopher Wilson | 8/19/1984 | OR | District of Oregon | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133. | Sweitzer, Lisa | 5/26/1976 | OH | Southern District of Ohio | | X | | Thyroid Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 134. | Taylor, Page | 12/16/1960 | VA | Eastern District of Virginia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 135. | Thomas, Nehemiah K. | 1/2/1970 | GA | Middle District of Georgia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 136. | Torres, Angel | 5/26/1973 | OH | Northern District of Ohio | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 137. | Treese, Mark | 1/12/1951 | TN | Western District of Tennessee | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 138. | Tyson, Shondrea Diane | 9/11/1973 | MS | Southern District of Mississippi | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 139. | Wallis, Heather | 2/5/1973 | MS | Northern District of Mississippi | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 140. | Watkins, Tesha L. | 3/3/1974 | MS | Northern District of Mississippi | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 141. | Weatherford, Vanessa | 10/12/1954 | MO | Eastern District of Missouri | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 142. | Wensel, Dave | 5/9/1968 | MO | Eastern District of Missouri | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 143. | White, Cheryl | 3/18/1957 | WV | Southern District of West Virginia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 144. | Wilcox, Christina | 8/6/1971 | NM | District of New Mexico | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 145. | Willis, Bessie (D) | 3/3/1939 | FL | Northern District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 146. | Thomas, Michelle, ind., and o/b/o Bessie Willis (d) | | FL | Northern District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 147. | Wilson, Juwan Dashawn | 4/1/2000 | OR | District of Oregon | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 148. | Yancy, Latonya | 6/20/1984 | TN | Western District of Tennessee | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 149. | Young, Elizabeth | 12/7/1960 | VA | Eastern District of Virginia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 150. | | | | | | | | | |